Carolyn A. Taylor   TBA #08526800/FIN 1290
Dominique Varner  TBA #00791182/FIN 18805
Brendetta A. Scott    TBA #24012219/FIN 24592
Patrick McCarren  TBA # 24051670
Pascal Arteaga       TBA#24064838
333 Clay, 29th Floor
Houston, Texas 77002
Telephone (713) 759-0818
Telecopier (713) 759-6834
ATTORNEYS FOR AMERICAN HOME MORTGAGE SERVICING, INC., AS ATTORNEY-IN-FACT AND SERVICER-IN-FACT FOR HSBC BANK, USA, NATIONAL ASSOCIATION AS TRUSTEE FOR ACE SECURITIES CORP. HOME EQUITY LOAN TRUST, SERIES 2006-OP2 ASSET BACKED PASS-THROUGH CERTIFICATES


EOD
01/27/2010

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| DONALD ROBERT BERGLUND, JR. | § | Case No. 07-20274 |
| aka | § | |
| Donald Bergland | § | Chapter 13 |
| aka | § | |
| Donald R. Berglund, Jr. | § | |
| aka | § | |
| Donald Robert Berglund | § | |
| aka | § | |
| Donald R. Berglund | § | |
| aka | § | |
| Donald R. Bergland | § | |
| aka | § | |
| Donald R. Berglundse | § | |
| | § | |
| REBECCA JEAN BERGLUND | § | DEBTOR(S) |
| aka | § | |
| Rebecca J. Berglund | § | |
| aka | § | |
| R. Rebecca | § | |
| aka | § | |
| Rebecca Howell | § | |
| aka | § | |
| Rebecca Jean Berglund | § | |
| aka | § | |
| Rebecca Howell Berglund | § | |
| aka | § | |
| Rebecca Gann | § | |
| aka | § | |
| Rebecca Jean Howell | § | |
| ***************************** | § | |

1586934-1:FAHM:0043

| | |
|---|---|
| AMERICAN HOME MORTGAGE SERVICING, | § |
| INC., AS ATTORNEY-IN-FACT AND SERVICER | § |
| IN-FACT FOR HSBC BANK, USA, NATIONAL | § |
| ASSOCIATION AS TRUSTEE FOR ACE | § |
| SECURITIES CORP. HOME EQUITY LOAN | § |
| TRUST, SERIES 2006-OP2 ASSET BACKED | § |
| PASS-THROUGH CERTIFICATES | § |
| ITS ASSIGNS AND/OR SUCCESSORS | § |
| IN INTEREST | § |
| Movant | § |
| | § |
| V. | § |
| | § |
| DONALD ROBERT BERGLUND, JR. and | § |
| REBECCA JEAN BERGLUND, Debtors and | § |
| RONALD E. STADTMUELLER, Trustee | § |
| Respondents | § |

## AGREED ORDER MODIFYING THE AUTOMATIC STAY OF AN ACT AGAINST PROPERTY OF 11 U.S.C. § 362

Came on for consideration the Motion of AMERICAN HOME MORTGAGE SERVICING, INC., AS ATTORNEY-IN-FACT AND SERVICER-IN-FACT FOR HSBC BANK, USA, NATIONAL ASSOCIATION AS TRUSTEE FOR ACE SECURITIES CORP. HOME EQUITY LOAN TRUST, SERIES 2006-OP2 ASSET BACKED PASS-THROUGH CERTIFICATES ("AMERICAN HOME MORTGAGE SERVICING, INC.") for Relief from the Automatic Stay of an Act Against Property of 11 U.S.C. § 362, and it appearing that due notice of said Motion having been properly given, Debtors filed a response, but have subsequently agreed to conditional termination of the Stay in order to allow time to sell the herein described real property. It is accordingly

AGREED and ORDERED that Debtors and AMERICAN HOME MORTGAGE SERVICING, INC.have determined it to be in their best interest that the herein described Property be

1586934-1:FAHM:0043

sold. Debtors will seek Court approval prior to said sale. It is further

AGREED and ORDERED the Debtors shall maintain adequate casualty insurance coverage on the property, listing AMERICAN HOME MORTGAGE SERVICING, INC. as loss payee until the property is sold. In the event the Debtors fail to maintain adequate casualty coverage on the property, AMERICAN HOME MORTGAGE SERVICING, INC.will be permitted to force-place casualty insurance coverage on the Property until sold. These additional premiums shall be added to the payoff to be paid when Property is sold. It is further

AGREED and ORDERED that AMERICAN HOME MORTGAGE SERVICING, INC. will be permitted to timely pay the ad valorem taxes for 2009. These additional disbursements shall be added to the payoff to be paid when Property is sold. It is further

AGREED and ORDERED that **EFFECTIVE MIDNIGHT TUESDAY, APRIL 27, 2010,** the automatic stay of 11 U.S.C. § 362 be, and same will terminate with respect to AMERICAN HOME MORTGAGE SERVICING, INC., AS ATTORNEY-IN-FACT AND SERVICER-IN-FACT FOR HSBC BANK, USA, NATIONAL ASSOCIATION AS TRUSTEE FOR ACE SECURITIES CORP. HOME EQUITY LOAN TRUST, SERIES 2006-OP2 ASSET BACKED PASS-THROUGH CERTIFICATES, its assigns and/or successors in interest, and that certain real Property more particularly described as follows:

> TRACT FOUR (4) OF A SUBDIVISION OUT OF A 225.79 ACRE TRACT OF LAND IN THE JAMES G. WHITE SURVEY, ABSTRACT 278 AND ABSTRACT 268, JACKSON COUNTY, TEXAS, A PLAT OF SAID SUBDIVISION BEING SHOWN ON SLIDE 148-A OF THE PLAT RECORDS OF JACKSON COUNTY, TEXAS AND PROPERTY MORE COMMONLY KNOWN AS 370 COUNTY ROAD 289, EDNA, TEXAS 77957-5130

to enable AMERICAN HOME MORTGAGE SERVICING, INC., AS ATTORNEY-IN-FACT AND SERVICER-IN-FACT FOR HSBC BANK, USA, NATIONAL ASSOCIATION AS TRUSTEE FOR ACE SECURITIES CORP. HOME EQUITY LOAN TRUST, SERIES 2006-OP2 ASSET BACKED PASS-THROUGH CERTIFICATES, its assigns and/or successors in interest, to exercise any and all remedies available at law and under the applicable loan documents to repossess and/or foreclose its liens upon the Property. It is further

AGREED and ORDERED that the provisions of Rule 4001(a)(3) of the Federal Rules of Bankruptcy Procedure are hereby waived and AMERICAN HOME MORTGAGE SERVICING, INC., AS ATTORNEY-IN-FACT AND SERVICER-IN-FACT FOR HSBC BANK, USA, NATIONAL ASSOCIATION AS TRUSTEE FOR ACE SECURITIES CORP. HOME EQUITY LOAN TRUST, SERIES 2006-OP2 ASSET BACKED PASS-THROUGH CERTIFICATES, its assigns and/or successors in interest, may immediately enforce and implement the terms of this order granting relief from the automatic stay.

Signed on 01/27/2010

_____
THE HONORABLE BILL PARKER
CHIEF UNITED STATES BANKRUPTCY JUDGE

1586934-1:FAHM:0043

APPROVED AND AGREED:
*The undersigned counsel of record certifies compliance with Rule 4001.*

By: /s/ Patrick McCarren
    Carolyn A. Taylor   TBA #08526800/FIN 1290
    Dominique Varner   TBA #00791182/FIN 18805
    Brendetta A. Scott   TBA #24012219/FIN 24592
    Patrick McCarren     TBA # 24051670
    Three Allen Center
    333 Clay, 29th Floor
    Houston, Texas 77002
    Telephone (713) 759-0818
    Telecopier (713) 759-6834
    ATTORNEY IN CHARGE FOR MOVANT


By: */s/ Jean H. Taylor, with written permission*
    JEAN H. TAYLOR
    301 N. ALAMO
    P.O. BOX 1366
    MARSHALL, TX 75671
    Telephone: (903) 938-9788
    ATTORNEY FOR DEBTORS